UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>Plaintiff,<br><br>vs.<br><br>TREVNOR ASKEW, et al.,<br><br>Defendants. | Case No: C 11-3851 SBA<br><br>**ORDER**<br><br>Dkt. 2, 3 |

Plaintiff has filed a mortgage fraud action asserting, among other causes of action, violations of the Truth in Lending Act, 15 U.S.C. § 1601, and Real Estate Settlement Act ("RESPA), 12 U.S.C. § 2607. Presently before the Court is Plaintiff's application to proceed in forma pauperis, Dkt. 2, as well as Plaintiff's requests for permission to e-file and waiver of fees associated with telephonic appearances and filing court documents, Dkt. 3.

The in forma pauperis statute, 28 U.S.C. § 1915, permits the commencement of a civil action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). Under 28 U.S.C. § 1915(e)(2), federal courts are authorized to review claims filed in forma pauperis prior to service and to dismiss the case at any time if the court determines, inter alia, that the allegation of poverty is untrue. The benefit of proceeding in forma pauperis is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984). Thus, to obtain this privilege, the litigant must demonstrate, to the Court's satisfaction, his or her inability pay the requisite fees and costs. See Williams v. Marshall, 795 F. Supp. 978, 979 (N.D. Cal. 1992).

In the present matter, Plaintiff states that she is currently receiving monthly income of $700.00 from Social Security. She supports one minor, disabled child. She claims monthly expenses of $500.00, leaving her with a monthly excess of only $200.00. She also states that she owns a house with an estimated market value of $80,000.00 and states that the amount of the mortgage is in dispute. Because this is a mortgage fraud action where Plaintiff is challenging foreclosure proceedings in connection with the house, the Court will not consider the value of the house in making its determination on Plaintiff's in forma pauperis application. As such, based on the papers submitted, the Court, in its discretion, finds that Plaintiff should be conferred in forma pauperis status.

With regard to Plaintiff's request to e-file, she has not presented any compelling reasons to be exempted from the rules applicable to pro se litigants that they are not permitted to e-file. Therefore, the Court DENIES her request to e-file. As to her request for a waiver of fees pertaining to telephonic appearances, the Court informs Plaintiff that it charges no such fees. However, to the extent that Plaintiff must pay a private service provider in connection with these fees, the Court cannot waive the fees and Plaintiff will still be responsible for the payment of such fees. As to filing fees, by granting the application to proceed in forma pauperis, the Court has waived the filing fee in the instant action. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED.

2. Plaintiff's request to e-file is DENIED. To the extent that Plaintiff requests that the Court waive fees charged by a private service provider with regard to telephonic appearances, the Court DENIES Plaintiff's request. As to Plaintiff's request to waive the filing fee, by granting her in forma pauperis status, the Court has waived the filing fee.

3. This Order terminates Docket Nos. 2 and 3.

IT IS SO ORDERED.

Dated: September 19, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LESLIE PATRICE BARNES MARKS,

      Plaintiff,

  v.

TREVNOR ASKEW et al,

      Defendant.
_____/

Case Number: CV11-03851 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie Patrice Barnes Marks
3099 Suter Street
Oakland, CA 94602

Dated: September 20, 2011

                                       Richard W. Wieking, Clerk

                                       By: LISA R CLARK, Deputy Clerk