UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TREVNOR ASKEW, et al.,<br><br>　　　　　Defendants. | Case No: C 11-3851 SBA<br><br>**ORDER**<br><br>Dkt. 20 |

　　　　On August 5, 2011, Plaintiff filed a request for permission to e-file. Dkt. 3. On September 20, 2011, the Court found that Plaintiff had not presented any compelling reasons to be exempted from the rules applicable to pro se litigants that they are not permitted to e-file, and therefore denied her request to e-file. Dkt. 17. On September 27, 2011, Plaintiff filed a motion for reconsideration of the Court's order denying her request to e-file. Dkt. 20. Plaintiff asserts that she has the technology to e-file, but presents no compelling reason to exempt her from rules precluding pro se litigants from e-filing. Given that Plaintiff's complaint is in excess of 80 pages, the Court finds that Plaintiff is not a good candidate for e-filing. Accordingly,

　　　　IT IS HEREBY ORDERED THAT that Plaintiff's motion for reconsideration of this Court's order denying her request to e-file is DENIED. This order terminates Docket 20.

　　　　IT IS SO ORDERED.

Dated: October 6, 2011　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LESLIE PATRICE BARNES MARKS,

    Plaintiff,

 v.

TREVNOR ASKEW et al,

    Defendant.
_____/

Case Number: CV11-03851 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie Patrice Barnes Marks
3099 Suter Street
Oakland, CA 94602

Dated: October 6, 2011

                      Richard W. Wieking, Clerk

                      By: LISA R CLARK, Deputy Clerk