BUCKLEYSANDLER LLP
DONNA L. WILSON (SBN 186984)
LEAH R. MOSNER (SBN 266645)
dwilson@buckleysandler.com
lmosner@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Phone (424) 203-1000
Fax (424) 203-1019

Attorneys for Defendant *NEW CENTURY LIQUIDATING TRUST*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TREVNOR ASKEW, TRA PARTNERS, LLC., GREENTREE SERVICING, LLC, FIDELITY NATIONAL TITLE COMPANY aka DEFAULT RESOLUTION NETWORK, OCWEN LOAN SERVICING, LLC, NEW CENTURY LIQUIDATING TRUST fka NEW CENTURY MORTGAGE CORPORATION dba HOME 123 CORPORATION; ACCESS DIRECT REALTY, INC., AND KYLE CRABB and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100 inclusive,<br><br>Defendants. | Case No. 4:11-cv-3851-SBA<br><br>**ORDER GRANTING DEFENDANT NEW CENTURY LIQUIDATING TRUST'S REQUEST FOR PERMISSION TO FILE A RESPONSE TO PLAINTIFF'S "ADDENDUM" TO HER OPPOSITION TO MOTION TO DISMISS**<br><br>Date:    March 13, 2012<br>Time:   1:00 p.m.<br>Ctrm.:   1 – Fourth Floor<br>Judge:  Hon. Saundra Brown Armstrong<br><br>Action Filed: August 5, 2011 |

1  Upon consideration of the New Century Liquidating Trust's Request for Permission to File a
2 Response to Plaintiff's "Addendum" to her Opposition to Motion to Dismiss (the "Request"), and with
3 good cause appearing, this Court hereby GRANTS the Request.
4  The response attached to the Request as Exhibit 1 shall be E-FILED by defendant New
5 Century Liquidating Trust by January 25, 2012.
6  **IT IS SO ORDERED.**

7  1/23/12

8  *Saundra B. Armstrong*
   The Honorable Saundra Brown Armstrong
   United States District Court Judge

1

[PROPOSED] ORDER GRANTING NEW CENTURY LIQUIDATING TRUST'S REQUEST FOR PERMISSION TO FILE A RESPONSE TO PLAINTIFF'S "ADDENDUM" TO HER OPPOSITION TO MOTION TO DISMISS
Case No. 4:11-cv-3851-SBA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESLIE PATRICE BARNES MARKS,

      Plaintiff,

  v.

TREVNOR ASKEW et al,

      Defendant.

                                                 /

Case Number: CV11-03851 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie Patrice Barnes Marks

3099 Suter Street

Oakland, CA 94602

Dated: January 23, 2012

                                  Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk

2

[PROPOSED] ORDER GRANTING NEW CENTURY LIQUIDATING TRUST'S REQUEST FOR PERMISSION TO FILE A RESPONSE TO PLAINTIFF'S "ADDENDUM" TO HER OPPOSITION TO MOTION TO DISMISS
Case No. 4:11-cv-3851-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

[PROPOSED] ORDER GRANTING NEW CENTURY LIQUIDATING TRUST'S REQUEST FOR PERMISSION TO
FILE A RESPONSE TO PLAINTIFF'S "ADDENDUM" TO HER OPPOSITION TO MOTION TO DISMISS
Case No. 4:11-cv-3851-SBA