UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS, and others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>TREVNOR ASKEW, TRA PARTNERS, LLC., GREENTREE SERVICING, LLC, FIDELITY NATIONAL TITLE COMPANY aka DEFAULT RESOLUTION NETWORK, OCWEN LOAN SERVICING, LLC, NEW CENTURY LIQUIDATING TRUST fka NEW CENTURY MORTGAGE CORPORATION dba HOME 123 CORPORATION; ACCESS DIRECT REALTY, INC., KYLE CRABB and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100 inclusive,<br><br>  Defendants. | Case No:  C 11-3851 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order granting Defendants' motions to dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: September 28, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge